IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01681-PSF-MEH

SARA BENSON,

    Plaintiff,

v.

JEFFERSON PILOT FINANCIAL INSURANCE COMPANY,

    Defendant.

## ORDER ON MOTION TO VACATE SCHEDULING CONFERENCE
## AND NOTICE OF SETTLEMENT

The Court, having reviewed the plaintiff's Motion to Vacate Scheduling Conference and Notice of Settlement (Dkt. # 7), and being fully advised in the premise, hereby ORDERS that:

Plaintiff's motion is GRANTED, and the scheduling conference set for October 10, 2006, is VACATED. The parties shall have to and including October 30, 2006 within which to file a Stipulation for Dismissal.

DATED: September 29, 2006

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*

                                          _____
                                          Phillip S. Figa
                                          United States District Judge